## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00556-RPM-KLM

ROSE ALVARADO,

    Plaintiff,

v.

M.R.S. ASSOCIATES, INC., a New Jersey corporation,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

BY THE COURT:

April 17th, 2012          s/Richard P. Matsch
_____    _____
DATE                        Richard P. Matsch, Senior Judge